IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATORIA M. GREENE,

    Petitioner,

v.                          CASE NO. 4:18cv510-RH-MAF

WARDEN COIL,

    Respondent.

_____/

## ORDER DISMISSING THE PETITION AND THE REQUEST FOR COMPASSIONATE RELEASE

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 24. No objections have been filed.

    The petitioner asserts two claims.

    First, she first challenges the Bureau of Prisons' calculation of goodtime credit. As correctly set out in the report and recommendation, she has not exhausted administrative remedies on this claim as required. This order dismisses the claim on that basis. It bears noting, too, that the claim is apparently unfounded on the merits, as also correctly set out in the report and recommendation.

Second, the petitioner asks for compassionate release. As the report and recommendation correctly concludes, jurisdiction over a motion for compassionate release lies in the court of conviction, not this court.

For these reasons,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "The petitioner's claim for good time credit is dismissed for failure to exhaust administrative remedies. The motion for compassionate release is dismissed for lack of jurisdiction." The clerk must close the file.

SO ORDERED on August 4, 2020.

s/Robert L. Hinkle  
United States District Judge